

## City of New York EStubs — Pay Statement

| Pay Period | Pay Date | Check Num | Payroll # | Work Unit | Distribution # | Pension # |
|---|---|---|---|---|---|---|
| 04/21/2024 05/04/2024 | 05/10/2024 | | | 1645 | F880 | J |

| Employee Name | | Employee Num | JSN | Federal MS | Exempt | State MS | Exempt | Electronic Fund Transfer Info | |
|---|---|---|---|---|---|---|---|---|---|
| MOHAMED  MOSHSIN  A | | | 1 | G | NA | A | 00 | Active | |

| Federal W4 | Claim Dependents: | | Other Income: | | Other Deductions: | |
|---|---|---|---|---|---|---|

| Totals | Gross Pay | Deductions | Net Pay |
|---|---|---|---|
| This Period | 10541.30 | 6129.76 | 4411.54 |
| Year to Date | 113888.73 | 65910.22 | 47978.51 |

| Taxes | Federal Tax | Social Security | Medicare | State Tax | City Tax | City Waiver |
|---|---|---|---|---|---|---|
| This Period | 1770.30 | 649.97 | 152.00 | 624.89 | 369.15 | |
| Year to Date | 19043.77 | 7023.38 | 1642.56 | 6938.96 | 3979.21 | |

### Payments

| Description | Prior Period Units/Hours | Prior Period Amount Earned | This Period Units/Hours | This Period Amount Earned |
|---|---|---|---|---|
| RECURRING REGULAR GROSS | | | 80:00 | 5212.82 |
| PAID OVERTIME | 6:00 | 624.58 | 39:00 | 4059.76 |
| HOURLY NIGHT SHIFT DIFFERENTIAL | 8:00 | 52.37 | 40:00 | 261.85 |
| PENSIONABLE LONGEVITY INCREMENT | | | | 15.30 |
| NEW UNIFORMED LONGEVITY (NOT INCLUD IN 10% NIGHT DIFF) | | | | 314.62 |

### Deduction

| Description | Amount this Period | Goal Amt or # Installments | Balance Due or Installments left |
|---|---|---|---|
| SANITATION OFFICERS ASSOC INS. | 23.94 | | |
| MUNICIPAL CREDIT UNION | 260.00 | | |
| NEW YORK COLLEGE SAVINGS | 100.00 | | |
| SANITATION-20YR HEALTH INS | 57.98 | | |
| HIP HMO MCP NY BASIC | | | |
| HIP HMO MCP NY BASIC | | | |
| SANITATN 20YR PENSN (414H) SD | 563.96 | | |
| SANITATION OFFICERS ASSN | 60.97 | | |
| 457 TAX DEFERRED SAVINGS PLAN | 1496.60 | 23000.00 | 6804.51 |

### Leave Balances

As of: 04/27/2024

| Description | Balance Avail HH:MM / DDD | Description | Balance Avail HH:MM / DDD |
|---|---|---|---|
| COMPENSATORY TIME | | HOLIDAY COMP TIME | |
| VACATION LEAVE (HH:MM) | | LEAVE USED FOR FMLA PURPOSES | |