UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOSHIN MOHAMED, <u>individually and on behalf of all others similarly situated</u>,

                Plaintiff,

-v-

CITY OF NEW YORK,

                Defendant.

CIVIL ACTION NO.: 24 Civ. 6742 (JMF) (SLC)

**<u>ORDER</u>**

**SARAH L. CAVE,** United States Magistrate Judge.

Due to a scheduling conflict, the telephone conference (the "Conference") scheduled for Wednesday, October 30, 2024 at 11:00 a.m. is RESCHEDULED to **Wednesday, October 30, 2024 at 12:30 p.m.** The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. At the Conference, the parties shall be prepared to discuss their availability, and that of their clients, for a Settlement Conference, as well as their preferred format for the Settlement Conference (in-person, by telephone, or by videoconference hosted either by the Court on Microsoft Teams or by the parties on an alternative platform).

Dated:    New York, New York
           October 29, 2024

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**