UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOSHIN MOHAMED, <u>individually and on behalf of all others similarly situated</u>,

                      Plaintiff,

-v-

CITY OF NEW YORK,

                      Defendant.

CIVIL ACTION NO.: 24 Civ. 6742 (JMF) (SLC)

**AMENDED SETTLEMENT CONFERENCE SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request to adjourn the settlement conference (ECF No. 28) is **GRANTED**. The settlement conference scheduled for Monday, December 2, 2024 a 2:15 p.m. (ECF No. 19) is **ADJOURNED** to **Tuesday, January 28, 2025 at 2:15 p.m.** and will take place <u>in person</u>, in Courtroom 18A, 500 Pearl Street, New York, New York.

The Court's Standing Order Applicable to Settlement Conferences Before Magistrate Judge Cave (ECF No. 19 at 4–7) remains in effect. The submissions required by paragraph 4 of the Standing Order shall be emailed to Chambers (cave_nysdchambers@nysd.uscourts.gov) and opposing counsel by **January 21, 2025**. The parties are reminded to include the Attendance Acknowledgement form annexed to the Standing Order (<u>id.</u> at 7).

The Clerk of Court is respectfully directed to close ECF No. 28.

Dated:     New York, New York
            November 21, 2024           SO ORDERED.

                                                                 */s/ Sarah L. Cave*
                                                                 **SARAH L. CAVE**
                                                                 **United States Magistrate Judge**