UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOSHIN MOHAMED, <u>individually and on behalf of all others similarly situated</u>,

            Plaintiff,

-v-

CITY OF NEW YORK,

            Defendant.

CIVIL ACTION NO.: 24 Civ. 6742 (JMF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The telephone status conference currently scheduled for Monday, November 25, 2024 at 3:00 p.m. on the Court's conference line (ECF No. 20) is **CANCELLED**.

Dated:  New York, New York
        November 22, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**