

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**Phoebe Huth**
Labor & Employment Law Division
Phone: (212) 356-2434
phuth@law.nyc.gov

January 22, 2025

**By ECF**
Magistrate Judge Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Mohamed v. The City of New York
No. 24-cv-6742 (JMF)(SLK)

Dear Magistrate Judge Cave:

I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, attorney for defendant The City of New York ("Defendant") in the above-referenced action. I write on behalf of both parties to respectfully request that the settlement conference scheduled for January 27, 2025 be adjourned *sine die*. This will allow for the conditional collective class members to opt-in on or before March 30, 2025 (Dkt. No. 56) and allow for the further exchange of information between the parties to facilitate settlement. The parties propose submitting a status letter by May 30, 2025 to schedule a settlement conference. This is the parties' second request for an adjournment of this deadline, and the first request was granted.

Thank you for your consideration of this request.

Respectfully Submitted,

*Phoebe Huth*

Phoebe Huth
Assistant Corporation Counsel

cc: All Counsel of Record (By ECF)

---

The parties' request at ECF No. 63 is **GRANTED**. The settlement conference set for January 28, 2025 (ECF No. 31) is **CANCELLED**. A telephone status conference to discuss the parties' settlement efforts is scheduled for **Tuesday, May 13, 2025 at 10:00 a.m.** on the Court's Microsoft Teams Platform. The parties are directed to call: (646) 453-4442; phone conference ID: 263 921 887#, at the scheduled time. On or before **May 9, 2025,** the parties shall file a joint letter setting forth their positions on scheduling a settlement conference.

The Clerk of Court is respectfully directed to close ECF No. 63.

SO ORDERED.   January 22, 2025

*Sarah Cave*
SARAH L. CAVE
United States Magistrate Judge