UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
:
MOSHIN MOHAMED, *individually and on behalf of all* :
*other persons similarly situated*, :
:
                        Plaintiffs, :        24-CV-6742 (JMF)
:
    -v- :
:
CITY OF NEW YORK, :        <u>ORDER</u>
:
                        Defendant. :
:
---------------------------------------------------------------------X
:
ERNESTO TORRES, ET AL., :
:
                        Plaintiffs, :
:        24-CV-9304 (JMF)
    -v- :
:
CITY OF NEW YORK, :
:
                        Defendant. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        On March 31, 2025, the City of New York (the "City") filed a motion to consolidate these two cases — although the motion was filed only in 24-CV-9304 (which has since been reassigned to the undersigned as related to 24-CV-6742). *See* 24-CV-9304, ECF No. 66. No later than **April 8, 2025**, the City shall file its motion in 24-CV-6742 as well.

        No later than **April 15, 2025**, all parties shall confer and file a joint letter on both dockets (1) indicating whether Plaintiffs consent to consolidation or intend to impose consolidation (in which case, their formal opposition — in accordance with the Local Civil Rules — shall be filed

by **April 21, 2025**, and any reply shall be filed by **April 28, 2025**); and (2) either way, proposed next steps, including whether the Court should hold a conference. Unless and until the Court orders otherwise, all dates and deadlines in 24-CV-6742 remain in effect.

SO ORDERED.

Dated: April 7, 2025
       New York, New York

                                      JESSE M. FURMAN
                                      United States District Judge