UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------------X
                                                    :
MOSHIN MOHAMED, individually and on behalf of all   :
other persons similarly situated,                   :
                                                    :
                         Plaintiffs,                :          24-CV-6742 (JMF)
                                                    :
            -v-                                     :
                                                    :
CITY OF NEW YORK,                                   :
                                                    :
                         Defendant.                 :
                                                    :
-------------------------------------------------------------------X
                                                    :
ERNESTO TORRES, ET AL.,                             :
                                                    :
                         Plaintiffs,                :
                                                    :          24-CV-9304 (JMF)
            -v-                                     :
                                                    :
CITY OF NEW YORK,                                   :          ORDER
                                                    :
                         Defendant.                 :
                                                    :
-------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

Per the Court's April 18, 2025 Orders, the deadlines for discovery in *Mohamed v. City of New York,* 24-CV-6742, are still in force. *See* 24-CV-6742, ECF No. 101; 24-CV-9304, ECF No. 72. As stated in the Civil Case Management Plan and Scheduling Order in that case, the deadline for fact discovery is July 29, 2025, several months before the currently scheduled October 28, 2025 settlement conference. *See* 24-CV-6742, ECF No. 55, at 2. In *Torres v. City of New York*, 24-CV-9304, no deadlines have been set.

Prior to the parties' first status letter due on June 1, 2025, they are directed to confer and

to include, in that letter, a proposal for discovery in *Torres* (and, as appropriate, a proposal to modify the discovery deadlines in *Mohamed*).

     SO ORDERED.

Dated: May 14, 2025
      New York, New York

                                JESSE M. FURMAN
                         United States District Judge