UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                              :

MOISHIN MOHAMED, *individually and on behalf of all* :
*other persons similarly situated*,                                       :
                                                              :

                         Plaintiffs,              :       24-CV-6742 (JMF)

    -v-                                                            :

CITY OF NEW YORK,                                          :

                         Defendant.           :
-------------------------------------------------------------------X

ERNESTO TORRES, et al.,                               :

                         Plaintiffs,              :

    -v-                                                            :       24-CV-9304 (JMF)

CITY OF NEW YORK,                                          :       <u>ORDER</u>

                         Defendant.           :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's April 18, 2025 Order, ECF No. 72; *see also* ECF No. 91, the parties were required to file a status letter, the contents of which are described therein, by October 2, 2025. To date, the parties have not filed such a letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **October 9, 2025**.

       SO ORDERED.

Dated: October 3, 2025
       New York, New York

                                                                           JESSE M. FURMAN
                                                                  United States District Judge