# JacksonLewis

**Jackson Lewis P.C.**
666 Third Avenue, 28th Floor
New York, New York 10017
(212) 545-4000 Main
jacksonlewis.com

Direct Dial: (212) 545-4045
Email Address: FELICE.EKELMAN@JACKSONLEWIS.COM



October 7, 2025

**VIA ECF**

Honorable Jesse M. Furman
United States District Court
Southern District Court of New York
500 Pearl Street, Room 2510
New York, New York 10007

                **Re:**   *Torres, et al. v. City of New York,*
                       No. 1:24-cv-09304

                       *Mohamed, et al. v. City of New York,* No.
Dear Judge Furman,                       1:24-cv-06742

      We represent Defendant in connection with the above-referenced actions and write pursuant to Rule 2(D) of Your Honor's Individual practices. Defendant requests an adjournment of the October 28, 2025, settlement conference to Monday, December 1, 2025, because Defendant needs more time to obtain the necessary authority to resolve this litigation.[1] Defendant further requests that all other deadlines related to the Court's Settlement Conference Scheduling Order (Dkt. 77) be extended accordingly, with Defendant's response to Plaintiffs' settlement demand due by no later than November 10, 2025, and the Parties' written submissions due to each other and to the Court by November 17, 2025, should the Court reschedule the mediation to December 1, 2025.

      Defendant's counsel has discussed this adjournment request with Plaintiffs' counsel, and Plaintiffs' counsel consents. This is Defendant's first request for an adjournment.

      The Parties have a lengthy history litigating FLSA claims involving City employees in various job titles and have significant experience working cooperatively to resolve similar cases. The Parties request an adjournment to allow for further discussions regarding demands, offers and supporting methodology for such.

---

[1] Counsel for the Parties are also available on December 5th for an in-person mediation should December 1 not be convenient to the Court.

Hon. Jesse M. Furman
October 7, 2025
Page 2

The Parties are optimistic they will be able to resolve the case through the settlement conference, if not, before.

We thank the Court for its attention to this matter.

Respectfully Submitted,

JACKSON LEWIS P.C.

*/s Felice B. Ekelman*

Felice B. Ekelman, Esq.

cc:   All counsel (via ECF)

---

The parties are reminded that the Mohamed and Torres matters are referred to the undersigned for settlement. (See Mohamed, Dkt. Nos. 6; 101; see also Torres, Dkt. Nos. 72; 73). Accordingly, all applications with respect to the Settlement Conference should be directed to the undersigned. Defendant's requests in Mohamed at Dkt. No. 116 and in Torres at Dkt. No. 93 are **GRANTED**. The Settlement Conference scheduled for October 28, 2025 at 10:00 a.m. ET (see Mohamed, Dkt. No. 103 at 1; see also Torres, Dkt. No. 77 at 1) is **ADJOURNED** to **December 1, 2025 at 10:00 a.m. ET** and will take place in person, in Courtroom 18A, 500 Pearl Street, New York, New York.

The Court's Orders in Mohamed at Dkt. No. 103 and Torres at Dkt. No. 77 are further amended as follows: Plaintiffs' deadline to make a settlement demand (or reaffirm any prior demand) is **EXTENDED** up to and including **November 3, 2025**. Defendant's deadline to inform Plaintiffs of its response to the demand is **EXTENDED** up to and including **November 10, 2025**. The parties' deadline to email their written submissions to the Court (Cave_NYSDChambers@nysd.uscourts.gov) and opposing party, pursuant to paragraph 4 of the Standing Order (see Mohamed, Dkt. No. 103 at 5; see also Torres, Dkt. No. 77 at 5), is **EXTENDED** up to and including **November 17, 2025**.

Further, the Telephone Conferences scheduled for October 21, 2025 (see Mohamed, Dkt. No. 104; see also Torres, Dkt. No. 78) with counsel only to discuss the parties' settlement positions are **ADJOURNED** to **November 25, 2025** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the following times: (i) Plaintiffs' counsel shall call the conference line at **10:00 a.m. ET**, and (ii) Defendant's counsel shall call the conference line at **10:30 a.m. ET**.

The Clerk of Court is respectfully directed to close Dkt. No. 116 in Mohamed (24cv6742) and Dkt. No. 93 in Torres (24cv9304).

SO ORDERED.   October 9, 2025.

SARAH L. CAVE
United States Magistrate Judge