UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOSHIN MOHAMED, <u>individually and on behalf of all others similarly situated</u>,<br><br>         Plaintiff,<br><br>   -v-<br><br>CITY OF NEW YORK,<br><br>         Defendant. | CIVIL ACTION NO. 24 Civ. 6742 (SLC)<br>24 Civ. 9304 (SLC)<br><br>**ORDER** |
| ERNESTO TORRES, <u>et al.</u>,<br><br>         Plaintiffs,<br><br>   -v-<br><br>CITY OF NEW YORK,<br><br>         Defendant. | |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the parties' settlement approval papers, pursuant to <u>Cheeks v. Freeport Pancake House, Inc.</u>, 796 F.3d 199, 206 (2d Cir. 2015), in the action captioned <u>Torres v. City of New York</u>, No. 24 Civ. 9304 ("<u>Torres</u>").  (<u>Torres</u>, Dkt. No. 108).  The Court, however, has not received the parties' settlement approval papers in the consolidated action captioned <u>Mohamed v. City of New York</u>, No. 24 Civ. 6742 ("<u>Mohamed</u>").  Pursuant to the parties' joint letter dated December 4, 2025, the parties intended to submit their settlement approval papers in <u>Mohamed</u> by January 9, 2026.  (<u>Mohamed</u>, Dkt. No. 124; <u>Torres</u>, Dkt. No. 103).

As a one-time courtesy, the Court <u>sua</u> <u>sponte</u> **EXTENDS** the parties' deadline to file their

settlement approval papers in <u>Mohamed</u> up to and including **January 20, 2026**.

Dated:        New York, New York
              January 12, 2026

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**